**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In re Cao La

Appellate case number:    01-14-00443-CV

Trial court case number:  997475

Trial court:          Co Civil Ct at Law No 1 of Harris County

      The Court requests a response from Real Party in Interest, Morrell Masonry Supply, Inc. *See* TEX. R. APP. P. 52.4.  The response, if any, is due by June 16, 2014.

      It is so ORDERED.

Judge's signature: __/s/ <u>Harvey Brown</u>
                X  Acting individually    ☐  Acting for the Court

Date:  June 3, 2014